

BOSTON    CONNECTICUT    NEW JERSEY    NEW YORK    WASHINGTON, DC

**JOY HARMON SPERLING**
Attorney at Law

One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966-8217 F: (973) 210-8542
jsperling@daypitney.com

May 25, 2016

**VIA E-FILING**

Hon. Gary R. Brown, U.S.M.J.
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

    Re:   *Diaz v. New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing*
           Civil Action. No. 15-cv-4754

Dear Magistrate Judge Brown:

      This firm represents defendant New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing in the above-referenced action. Together with counsel for Plaintiff, I submit this joint request to adjourn the deadline for the parties to file their joint motion for preliminary approval from May 31, 2016 to June 30, 2016. The parties have reached an agreement in principle and request additional time to finalize the settlement agreement to submit to the Court for preliminary approval.

      Thank you for Your Honor's consideration of this matter.

                                                                    Respectfully submitted,

                                                                    /s/ *Joy Harmon Sperling*

                                                                    Joy Harmon Sperling

cc:   *Counsel for Plaintiff (via e-filing):*

       Abraham Kleinman                       Tiffany N. Hardy
       Kleinman, LLC                               Edelman Combs Latturner & Goodwin LLC
       Email: akleinman@kleinmanllc.com     Email: thardy@edcombs.com

94814061